IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTONIO SMITH                                                                                           PLAINTIFF

V.                                       CASE NO. 3:14-CV-310 BSM/BD

WATSON, et al.                                                                                        DEFENDANTS

RECOMMENDED DISPOSITION

I.      **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief United States District Judge Brian S. Miller.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

II.     **Discussion:**

Antonio Smith, formerly an inmate at the Craighead County Detention Facility, filed this lawsuit pro se under 42 U.S.C. § 1983.  Mr. Smith neither paid a filing fee nor filed an application to proceed *in forma pauperis* ("IFP").  Therefore, the Court instructed Mr. Smith to file a complete IFP application or pay a $400 filing fee within thirty days.  Mr. Smith was warned that his claims could be dismissed if he did not address the filing

fee issue within the time allowed.  (#2)  As of this date, Mr. Smith has not complied with the Court's December 31, 2014 Order.

Furthermore, Mr. Smith's mail has been returned to the Court as "undeliverable." (#3)  As a result, the Court provided Mr. Smith thirty days to provide the Court with an updated valid address.  (#4)  Mr. Smith again was cautioned that his claims could be dismissed if he did not comply within the time allowed.  As of this date, Mr. Smith has not complied with the Court's January 16, 2015 Order, and the time allowed for doing so has expired.

### III.   Conclusion:

The Court recommends that Mr. Smith's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's December 31, 2014 Order, as well as the Court's January 16, 2015 Order.

DATED this 3rd day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE