IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ANTONIO SMITH**                                                                               **PLAINTIFF**

**v.**                                     **CASE NO. 3:14CV00310 BSM**

**WATSON et al.**                                                                     **DEFENDANTS**

## ORDER

The recommended disposition filed by Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

IT IS THEREFORE ORDERED that Smith's claims be dismissed without prejudice for failure to comply with the December 31, 2014 order [Doc. No. 2] and January 16, 2015 order [Doc. No. 4].

IT IS SO ORDERED this 20th day of March 2015.

_____
UNITED STATES DISTRICT JUDGE